JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>                Plaintiff,<br><br>   v.<br><br>MATTHEW DAVISON BONHAM, et al.,<br><br>                Defendants. | Case No. 5:23-cv-02043-FLA (SPx)<br><br>**ORDER DISMISSING ACTION [DKT. 15]** |

1

On November 29, 2023, Plaintiff Nelson Chilin filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 15.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.  All dates and deadlines governing this action are VACATED.

    2.  The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: December 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge